```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/27/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NADRECA REID, Individually and as the representative of a class of similarly situated persons,

            Plaintiff,

-against-

ARLINGTON SPECIALTIES, INC.,

            Defendant.

22 Civ. 10915 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed case management plan. ECF No. 11-1. The parties have modified the Court's model case management plan, *see e.g.*, *id.* ¶ 5. The Court's model case management plan indicates that the Court shall not stay discovery pending its decision on any motion. The parties are directed to resubmit their proposed case management plan so that it conforms to the Court's template. Any requests shall be made by application to the Court in accordance with the Court's Individual Practices in Civil Cases. Accordingly, by **March 1, 2023**, the parties shall submit a revised proposed case management plan.

    SO ORDERED.

Dated: February 27, 2023
       New York, New York

                                              ANALISA TORRES
                                          United States District Judge